USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X
:
FRANKLIN JOAQUIN, *et al.*, :
:
         Plaintiffs,   :    1:23-cv-1235-GHW
:
    -against-   :    ORDER
:
NEW YORK ATHLETIC CLUB, *et al.*, :
:
         Defendants. :
:
-------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

  In the order scheduling the initial pretrial conference in this matter, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than July 5, 2023. Dkt. No. 29. The Court has not received the parties' submissions. The parties are directed to submit their joint letter via ECF and to email their joint proposed Case Management Plan to Chambers forthwith, and in no event later than July 11, 2023.

  SO ORDERED.

Dated: July 7, 2023
New York, New York

                  _____
                     GREGORY H. WOODS
                    United States District Judge