

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2023
```

**NISAR LAW GROUP, P.C.**
One Grand Central Place
60 East 42nd Street, Suite 4600
New York, NY 10165

December 13, 2023

Susan Ghim, Of Counsel
sghim@nisarlaw.com
Main: (212) 600-9534
Direct: (646) 889-1011

VIA ECF
Hon. Gregory H. Woods, USDJ
United States District Court, SDNY
500 Pearl Street, Room 2260
New York, NY 10007

**MEMORANDUM ENDORSED**

RE:   Joaquin et al v. NYAC et al. 23cv1235 (GHW)
      Court Conference tbh 12/21/2023 at 10am  [ECF doc. 38]

Dear Judge Woods:

As the Court is aware, undersigned counsel represents the Plaintiffs in the above referenced matter. The Court scheduled a discovery conference to be held on December 21, 2023 at 10am. Unfortunately, I have a prescheduled deposition at the same date and time, December 21, 2023 at 10am on another matter in this Court. Therefore, I respectfully request a rescheduling of the discovery conference. This is Plaintiffs' first request for an adjournment of the December 21, 2023 conference. Defendants' counsel consented to this application for adjournment.

I requested available dates from Defendants' counsel Nicholas Reiter who stated he was not available on the 12/22/2023. I am not available on 12/20/2023 as I have another full day prescheduled deposition. I am available on 12/19/2023 all day, Defendants' counsel is available on 12/19/2023 between 12pm to 4:30pm. During the week of 12/25/2023 (after the Christmas holiday) Defendants' counsel is not available on 12/26/2023 at any time, but available on 12/27/2023 at 1:30pm, on 12/28/2023 at 1pm to 2:30pm and 12/29/2023 at 1pm to 2:30pm. Undersigned counsel is generally available any time that week of 12/25/2023.

Based on the foregoing, undersigned counsel respectfully requests an adjournment of the December 21, 2023 court conference. Thank you.

Respectfully submitted,

/s/ Susan Ghim

_____
Susan Ghim, Of Counsel

Via ECF to:
All Attorneys of record

Application granted. The teleconference previously scheduled for December 21, 2023 is adjourned to December 27, 2023 at 1:30 p.m. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 39.

SO ORDERED.

Dated: December 13, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge