

151 WEST 42ND STREET   49TH FLOOR   NEW YORK, NY 10036
T 212.307.5500   F 212.307.5598   www.Venable.com

Nicholas M. Reiter
T 212.370.6296
F 212.307.5598
nmreiter@venable.com

April 26, 2024

**MEMORANDUM ENDORSED**

**VIA ECF**
The Honorable Gabriel Gorenstein
United States District Court
Southern District of New York
40 Foley Square, Room 519
New York, New York 10007

Re: *Joaquin, et al. v. New York Athletic Club, et ano*, Case No. 1:23-cv-1235 (GHW)
    Joint Request to Adjourn Settlement Conference

Dear Judge Gorenstein:

This firm represents Defendants New York Athletic Club (the "Club") and Javier Vargas (collectively "Defendants") in the above-referenced matter.

Together with the Plaintiffs, and in accordance with Your Honor's Standing Order Applicable to Settlement Conferences, we write to respectfully request that the settlement conference presently scheduled in the above-referenced matter for May 7, 2024 be adjourned to June 17 at 2:30 p.m., per prior communications with Chambers regarding an available date and time. Counsel for the parties are each unable to attend the May 7 conference due to their respective, pre-existing travel schedules. All parties agree to adjourn to June 17.

Please do not hesitate to contact the parties in the event the Court wishes to discuss this matter further.

Respectfully submitted,

/s/Nicholas M. Reiter

Nicholas M. Reiter

Conference adjourned to June 17, 2024 at 2:30 p.m.
Submissions due June 11, 2024.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
April 26, 2024