UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FRANKLIN JOAQUIN et al.,                       :

           Plaintiffs,                       :        <u>ORDER</u>

   -v.-                                                      :
                                                       23 Civ. 1235 (GHW) (GWG)
NEW YORK ATHLETIC CLUB,                        :

           Defendant.                        :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The settlement conference scheduled for June 17, 2024, is hereby adjourned to Monday, July 1, 2024, at 2:30 p.m. in Courtroom 519, 40 Centre Street. All other provisions of Docket # 63 remain in effect. Submissions are due June 25, 2024.

      SO ORDERED.

Dated: May 20, 2024
       New York, New York

                                                                      _____
                                                                      GABRIEL W. GORENSTEIN
                                                                    United States Magistrate Judge