UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FRANKLIN JOAQUIN et al.,                          :

               Plaintiffs,          :        ORDER

   -v.-                                                         :
                                                23 Civ. 1235 (GWG)
NEW YORK ATHLETIC CLUB,                        :

               Defendant.        :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The Court's Order of July 22, 2024 (Docket # 73) specifically required the parties to attach a copy of any "retainer agreement" to their application pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), See generally Puerto v. Happy Life Home Health Agency Inc., 704 F. Supp. 3d 403, 406 (S.D.N.Y. 2023) (judging reasonableness under Cheeks of attorney fee request solely based on the percentage agreed to in the retainer agreement).

      The parties' application fails to attach any retainer agreement. On or before September 30, 2024, the parties are directed to file a letter attaching any such agreement.

      SO ORDERED.

Dated: September 23, 2024
       New York, New York

                                                        GABRIEL W. GORENSTEIN
                                                        United States Magistrate Judge