UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

FRANKLIN JOAQUIN et al.,                          :

                                                  :          ORDER OF DISCONTINUANCE
                              Plaintiffs,                     23 Civ. 1235 (GWG)

                                                  :

        -v.-                                       :

                                                  :

                                                  :

NEW YORK ATHLETIC CLUB,                            :

                                                  :

                              Defendant.           :

-----------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

        This case contains claims under the Fair Labor Standards Act.  On July 19, 2024, an order
was issued on the parties' consent agreeing to disposition of this matter by the undersigned
pursuant to 28 U.S.C. § 636(c).  In a filing dated September 23, 2024, (Docket # 82), the parties
have submitted their proposed settlement agreement.  Having reviewed the proposed settlement
pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), the Court finds
that it is fair and reasonable.  The settlement is approved.

        Accordingly, this action is dismissed with prejudice and without costs except as may be
stated in the settlement agreement.  The Court will retain jurisdiction to enforce the settlement
agreement.

        Any pending motions are moot.  The Clerk is requested to close the case.

        SO ORDERED.

Dated: September 24, 2024
       New York, New York

                                                  GABRIEL W. GORENSTEIN
                                                  United States Magistrate Judge